[No. 5359–1.   Division One.   December 3, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSSELL
JOSEPH DIETRICK, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 78823, Edward E. Henry, J., entered January
4, 1977. *Reversed in part* by unpublished opinion per
Swanson, J., concurred in by Callow, C.J., and Ringold, J.

[No. 7184–1.   Division One.   December 3, 1979.]

*In the Matter of the Marriage of* GWEN Y. KING,
*Appellant, and* ROBERT A. KING,
*Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 241167, John D. Cochran, J. Pro Tem., entered
October 31, 1978. *Affirmed* by unpublished opinion per
Andersen, J., concurred in by James and Ringold, JJ.

[No. 3219–3.   Division Three.   December 4, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JILL
ANN HAWKINS, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 23173, Donald N. Olson, J., entered
January 4, 1979. *Reversed* by unpublished per curiam
opinion.